PD-1067-15  -1-                          AUGUST 20, 2015

THE TEXAS COURT OF CRIMINAL APPEALS

THE APPELATE COURT HOUSE

AUSTIN, TEXAS 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 25 2015

Abel Acosta, Clerk

RE: AMICUS CURIAE BRIEF IN THE MATTER

ABUSE OF POWER BY FORMER TEXAS

GOVERNOR RICK PERRY.

AS THIS MATTER BROKE IN THE MEDIA, I, C.
RICHARD QUADE, HAVE WRITTEN LETTERS OF COM-
MENT TO THEN GOVERNOR PERRY AND TRAVIS
COUNTY DISTRICT ATTORNEY ROSEMARY LEHMBERG.
I AM NOT AN ATTORNEY NOR HAVE I EVER
FORMALLY STUDIED LAW. HOWEVER, I DO FUNC-
TION IN THE MANNER "OF A BALLROOM POLITICAL
ATTORNEY" AND ALSO REPRESENT MYSELF "IN
COURT." MY CAREER HAS BEEN PROFESSOR OF
PHYSICS AT TEXAS TECH. MY "BRAIN" IS HIGHLY
ANALYTICAL. IT HAS BEEN SAID THAT ONLY 17%
OR SO OF THE MALE POPULATION IN HIGHLY
CIVILIZED COUNTRIES "HAVE AN ANALYTICAL
BRAIN." MY FIELDS OF RESEARCH HAVE BEEN THEO-
RETICAL MOLECULAR PHYSICS, GAS PHASE ROTA-
TIONAL MICROWAVE SPECTROSCOPY, AND THE THEORY
OF PARAMAGNETIC SUSCEPTIBILITIES OF 3d IONS
IN DOPED CRYSTALS. HOWEVER, MY "FORTE" IS DATA
ANAYSIS FOR WHICH KNOWLEDGE OF THEORY IS
ESSENTIAL. MY MAJOR PROFESSOR FOR THE
Ph.D. AT OU, WHO IS NOW AT WISCONSIN-MADISON,

ONCE COMMENTED: "IF THERE IS ANYTHING IN THE EXPERIMENTAL DATA, QUADE WILL FIND IT."

I DO NOT PENALIZE MS. LEHMBERG FOR HER ARREST AND SUBSEQUENT "JAIL TIME" UNLESS IT HAS SURFACED THAT SHE HAS A SERIOUS, CHRONIC PROBLEM THAT WOULD IMPAIR HER JUDGEMENT. IF SHE HAS, THAT ASPECT HAS NOT SUFFICIENTLY BEEN MADE PUBLIC. IF NOT, THEN GOVERNOR PERRY HAD NO BASIS FOR A VETO!

AT THE SAME TIME, IT HAS NOT BEEN MADE CLEAR WHETHER OR NOT THERE WERE LEGISLATIVE AND/OR JUDICIAL REMEDIES TO OVERRIDE HIS ANTICIPATED AND, THEN, ACTUAL VETO. IF THERE WAS A REMEDY, THEN WHY WASN'T SUCH INVOLKED IMMEDIATELY IN APRIL, 2013 AND/OR JUNE, 2013? IF THERE WAS NO REMEDY, THEN THE PROBLEM IS WITH THE TEXAS CONSTITUTION RATHER THAN CRIMINAL BEHAVIOR ON THEN GOVERNOR PERRY'S PART! FURTHER, IT IS WELL-ESTABLISHED BY LAW THAT GOVERNOR PERRY WOULD HAVE THE PROTECTION OF SOVEREIGN IMMUNITY IN THE FULFILLMENT OF HIS DUTIES UNTIL IMPEACHED OUT OF OFFICE BY THE LEGISLATURE OR VOTED OUT OF OFFICE, FOR EXAMPLE. ONLY WHEN "OUT OF OFFICE" COULD CRIMINAL CHARGES BE FILED AGAINST HIM. THE PRESEDENT IS SET BY FORMER U.S. PRESIDENT RICHARD NIXON. HE DID NOT RESIGN UNDER THREAT OF CRIMINAL CHARGES BUT UNDER

THE SAME POINT OF VIEW AS GOVERNOR PERRY "AND PASSED THE BUCK" TO HIM. AS ALL OF YOU ARE AWARE, IN POLITICS THIS OFTEN OCCURS-- LET THE PERSON "SAY NO" WHO IS IN THE BEST POSITION TO SURVIVE AN UPCOMING ELECTION.

4) IF THE ANSWER TO (1) IS STILL YES, THEN, IF THE LEGISLATURE WAS OF THE OPINION THAT GOVERNOR PERRY "EXHIBITED ABUSE OF POWER," IMPEACHMENT PROCEEDINGS WERE "IN ORDER." SUCH WAS THE SITUATION FOR FORMER GOVERNOR FERGUSON: HE WAS IMPEACHED "OUT OF OFFICE" FOR ABUSE OF POWER" AND THEN APPROPRIATIONS WERE RESTORED TO THE UNIVERSITY OF TEXAS.

5) IF THE ANSWER TO (1) OR (2) OR EVEN BOTH IS NO, THEN, AGAIN, THE FAULT LIES WITH THE TEXAS CONSTITUTION FOR NOT PROVIDING ADEQUATE "CHECKS AND BALANCES" FOR ▓▓▓▓▓ THE PROPER EXECUTION OF TEXAS GOVERNMENT. AGAIN, FORMER GOVERNOR PERRY CANNOT BE FAULTED FOR IN- ADEQUACIES IN THE TEXAS CONSTITUTION, AND, FINALLY,

6) AS THE OFFICE OF THE TRAVIS COUNTY DISTRICT ATTORNEY PURSUES THIS MATTER IN THE MANNER THAT IT HAS, IT CAN BE CONSTRUED AS "SELF- SERVING" WITH EVEN "A VINDICTIVE TOUCH" TO IT. IF THIS BE THE CASE, THEN THE WHOLE AFFAIR IS AN ABUSE OF POWER IN ITSELF! AS SUCH, IT WOULD TAINT THE VERY OFFICE THAT ENFORCES INTEGRITY IN THE OPERATION OF TEXAS GOVERNMENT.

THE THREAT OF A SUCCESSFUL TRIAL OF IMPEACHMENT FOR ABUSE OF EXECUTIVE POWER. WHEN "OUT OF OFFICE," CRIMINAL CHARGES COULD VERY WELL HAVE FOLLOWED; HENCE PRESIDENT FORD'S GRANTING OF A FULL PARDON FOR ANY CRIMINAL CHARGES THAT MAY HAVE FOLLOWED HIS RESIGNATION. FORMER PRESIDENT NIXON NEVER WENT "ON TRIAL" FOR ANYTHING SO IT REMAINS SPECULATIVE AS TO WHETHER OR NOT HE WOULD HAVE BEEN CONVICTED! THE QUESTION WILL ALWAYS BE UNANSWERED: 'WAS IT IN THE BEST, LONG TERM INTERESTS OF THE COUNTRY THAT PRESIDENT NIXON RESIGNED RATHER THAN "FIGHT THINGS OUT?"' MANY INFORMED PEOPLE HAVE ADVANCED THE POSITION THAT IT WAS NOT. SOME SAY THAT, WHEN PRESIDENT NIXON RESIGNED, "THE FIGHT WENT OUT OF ALL OF US ONE WAY OR ANOTHER." ALL OF THIS WOULD BE TRUE INDEPENDENT OF HOW MUCH WE LIKED OR DISLIKED PRESIDENT NIXON PERSONALLY.

NOW BACK TO THE TEXAS CONSTITUTION ON WHICH I AM NOT AN EXPERT:

1) DOES THE CONSTITUTION ALLOW FOR THE LEGISLATURE AND/OR THE COURTS TO CALL A SPECIAL SESSION? OF COURSE THE GOVERNOR CAN.

2) IF THE ANSWER IS "YES," THEN DID A REMEDY EXIST FOR THE LEGISLATURE TO OVERRIDE THE VETO, OR, IN APRIL, 2013 AN ANTICIPATED VETO?

3) IF THE ANSWER IS AGAIN "YES," THEN WHY DIDN'T THE LEGISLATURE SO-ACT UNLESS IT HAD

AS A FINAL THOUGHT, SOME PEOPLE HERE IN LUBBOCK WERE OF THE OPINION THAT TEXAS TECH REGENT GRIFFIN "WAS ELBOWED OFF OF THE BOARD" VIA ABUSE OF POWER BY GOVERNOR PERRY. AS I WROTE TO THE SUBSCRIBERS OF _THE LUBBOCK AVALANCHE-JOURNAL_, THIS WAS _NOT_ AN ABUSE OF POWER BY GOVERNOR PERRY BUT A REFUSAL TO EX-ERCISE POWER BY LT. GOVERNOR DEWHURST AND THE TEXAS SENATE! AS EVERYONE _SHOULD_ KNOW, SENATE CONFIRMATION IS SUPPOSED TO PROVIDE AUTO-NOMY FOR APPOINTEES TO PROPERLY PERFORM THEIR DUTIES. SO, "WHERE WERE THE LT. GOVERNOR AND STATE SENATOR FROM LUBBOCK WHEN THIS "PRESUMED" TYPE OF ACTION WAS TAKEN AGAINST REGENT GRIFFIN BY THE GOVERNOR?" WHEN THESE INDI-VIDUALS DID _NOT_ TAKE COUNTER-ACTION TO PRO-TECT REGENT GRIFFIN'S POSITION, THEY BE-HAVED IN A MANNER CONTRARY TO THE BEST-INTERESTS OF THE STATE OF TEXAS!

A_LL OF THIS_ PAINTS _THE PICTURE OF A STRONG GOVERNOR HAVING TO WORK WITH AN EXESSIVELY WEAK LT. GOVERNOR_! WOULD A GOVERNOR GOT-TEN BY WITH THIS KIND OF STUFF WITH LT. GOVERNORS PRESTON SMITH, BILL HOBBY, OR BOB BULLOCH? I DO NOT THINK SO!

RESPECTFULLY YOURS,

_C. Richard Quade_

L. RICHARD QUADE
3105 21ST STREET
LUBBOCK, TEXAS 79410

MAIL: BOX 6999
LUBBOCK, TX
79493